# Court of Appeals
# of the State of Georgia

ATLANTA, April 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1796. VERNARD K. CARTER, JR. v. ACE HOMES, LLC.**

This dispossessory matter originated in magistrate court. Following an adverse ruling, Vernard K. Carter, Jr. filed a petition for review in superior court. The superior court issued a writ of possession, and Carter filed this direct appeal. We, however, lack jurisdiction.

Because the underlying issue involves the superior court's de novo review of a magistrate court ruling, Carter was required to follow the discretionary appeal procedures in order to appeal. OCGA § 5-6-35(a)(1); *Greig v. Putnam County*, 237 Ga. App. 57, 57 (513 SE2d 294) (1999). Carter's failure to comply with the requisite procedures deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/27/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*